IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

**ROGER BASKIN,**

    **Plaintiff,**

v.

**PIERCE & ALLRED CONSTRUCTION, INC.**

    **Defendant.**

Case No. 3:21-CV-00215-HNJ
Magistrate Judge Herman N. Johnson, Jr.

### APPLICATION FOR ADMISSION PRO HAC VICE

Undersigned counsel, Eugene N. Bulso, Jr., pursuant to Local Rule 83.1(b), respectfully moves the Court for admission pro *hac vice* and states as follows under penalty of perjury:

1. I am an attorney licensed to practice in the State of Tennessee (Bar No. 012005) and have been retained to represent the plaintiff, Roger Baskin, in this action subject to this Court's approval of this Application.

2. My residential address is 9025 Old Smyrna Rd., Brentwood, Tennessee, 37027.

3. My office address is Bulso PLC, 155 Franklin Road, Suite 400, Brentwood, Tennessee, 37027. My telephone number is 615-913-5135, my facsimile number is 615-913-5150, and my e-mail address is gbulso@bulso.com.

4. I was admitted to the Supreme Court of Tennessee on October 29, 1986, and to the following courts on dates listed:

| Court | Date of Admission |
|---|---|
| United States Supreme Court | 12/05/1994 |
| United States Court of Appeals for the Fourth Circuit | 05/01/2013 |
| United States Court of Appeals for the Fifth Circuit | 09/16/2009 |
| United States Court of Appeals for the Sixth Circuit | 09/02/1988 |
| United States Court of Appeals for the Seventh Circuit | 03/21/2003 |
| United States Court of Appeals for the Eleventh Circuit | 08/12/1992 |
| United States District Court for the Eastern District of Tennessee | 04/17/2009 |
| United States District Court for the Middle District of Tennessee | 06/12/1987 |
| United States District Court for the Western District of Tennessee | 03/01/2018 |
| United States District Court for the Eastern District of Arkansas | 01/08/2003 |
| United States District Court for the Western District of Arkansas | 01/08/2003 |
| United States District Court for the Northern District of Illinois | 04/18/2016 |
| United States District Court for the Southern District of Texas | 02/03/2006 |
| United States District Court for the Eastern District of Wisconsin | 02/12/1996 |

5.  I am in good standing and eligible to practice in all courts to which admitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of February 2021 in Brentwood, Tennessee.

        Respectfully submitted:

        s/Eugene N. Bulso, Jr.
        Eugene N. Bulso, Jr. (No. 12005)
        BULSO, PLC
        155 Franklin Rd., Ste. 400
        Brentwood, TN 37027
        Tel. (615) 913-5200
        Fax (615) 913-5150
        gbulso@bulso.com
        *Attorney for Plaintiff*