**FILED**

2021 Feb-22  PM 03:53
U.S. DISTRICT COURT
N.D. OF ALABAMA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| ROGER BASKIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  3:21-cv-00215-HNJ |
| | ) | |
| PIERCE & ALLRED CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On February 22, 2021, Plaintiff Roger Baskin filed a Motion for Leave for Eugene N. Bulso, Jr. to Appear Pro Hac Vice.  (Doc. 3).  After review of the application, the court **GRANTS** the motion.

**DONE** this 22nd day of February, 2021.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE