FILED
2021 Feb-23 AM 09:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER BASKIN<br><br>Plaintiff,<br><br>v.<br><br>PIERCE & ALLRED CONSTRUCTION, INC.<br><br>Defendant. | )  **Summons**<br>)  (Issued pursuant to Rule 4 of<br>)  the Federal Rules of Civil<br>)  Procedure or other appropriate<br>)  law.)<br>)<br>)  CIVIL ACTION No. 3:21-cv-215-HNJ<br>)<br>) |

**Summons in a Civil Action**

To: (*Defendant's name and address*)
Pierce & Allred Construction, Inc.
1828 Darby Drive
Florence, AL 35630

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Eugene N. Bulso, Jr.
Bulso, PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: February 12, 2021                     SHARON N. HARRIS, CLERK

                                            By: /s/ Brittany Lamb
SEE REVERSE SIDE FOR RETURN                 Deputy Clerk

                                            (SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N.E.
Huntsville, Alabama 35801