FILED
2021 Mar-01 PM 02:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER BASKIN<br><br>**Plaintiff,**<br><br>v.<br><br>PIERCE & ALLRED CONSTRUCTION, INC.<br><br>**Defendant.** | )  **Summons**<br>)  (Issued pursuant to Rule 4 of<br>)  the Federal Rules of Civil<br>)  Procedure or other appropriate<br>)  law.)<br>)<br>)  CIVIL ACTION No. 3:21-cv-215-HNJ<br>)<br>) |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

Pierce & Allred Construction, Inc.
1828 Darby Drive
Florence, AL 35630

NOTE: A separate summons must be
       prepared for each defendant.

A lawsuit has been filed against you.

   Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Eugene N. Bulso, Jr.
Bulso, PLC
155 Franklin Road, Suite 400
Brentwood, TN 37027

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: February 23, 2021

SHARON N. HARRIS, CLERK

By: *Brittany Lamb*
Deputy Clerk

**SEE REVERSE SIDE FOR RETURN**

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the __1st__ day of __March 2021__, I served this summons together with the complaint as follows:

- [x] By personal service on the defendant at __1828 Darby Drive Florence, Al 35630__

- [ ] By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

   _____

   _____

- [ ] By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

   _____

   _____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

__3.1.2021__  __J. Ruoello   PO Box 293146  Nashville, TN 37229__
Date                Authorized or Specially Appointed Process Server

Costs of Service: Service fee:                                    $
               Expenses: _____ miles @ _____ cents  $_____

                                                TOTAL $