FILED
2022 May-05 AM 09:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dwight Mears d/b/a
   Mears Roofing
   3865 County Road 200
   Florence, AL 35633

9590 9402 6955 1104 1143 11

2. Article Number (Transfer from service label)

   7021 0950 0000 6583 2408

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name): Pat Mears
C. Date of Delivery: 5-2-22

D. Is delivery address different from item 1? ☐ Yes ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Ao Pierce - Crawford

Domestic Return Receipt