FILED

7-17 MAY '08
US DIST COURT
... ALABAMA

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Randy Akins
70 County Road 203
Florence, AL 35633

9590 9402 6955 1104 1142 05

2. Article Number (Transfer from service label)

7021 0950 0000 6583 2415

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Randy Akins_ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Randy Akins

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Pro Pierce

35630-9998

May 14 2022

FLORENCE, AL