# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

ROGER BASKIN
_____,
*Plaintiff(s)*,

v.

PIERCE & ALLRED CONSTRUCTION, INC.
_____,
*Defendant(s)*,

v. RANDY AKINS, DWIGHT MEARS d/b/a DWIGHT MEARS ROOFING, and MAINTENANCE PLUS HEATING & AIR CONDITION, INC.
_____,
*Third-Party Defendant(s)*.

**Third-Party Summons**
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)

Civil Action Number: 3:21-cv-00215-MHH

TO: *(Third-Party Defendant's name and address)*

RANDY AKINS, 70 COUNTY ROAY 203, FLORENCE, ALABAMA 35633

You are hereby summoned and required to serve upon plaintiff's attorney(s):

EUGENE N. BULSO, JR., BULSO, PLC, 155 FRANKLIN ROAD, SUITE 400, BRENTWOOD, TENNESSEE 37027

and upon defendant(s) and third-party plaintiff's attorney(s):

MATTHEW T. DUKES, WILMER & LEE, P.A., 100 WASHINGTON STREET, SUITE 100, HUNTSVILLE, ALABAMA 35801

a response to the third-party complaint which is herewith served upon you, within __21__ days after service of this third-party summons upon you, exclusive of the day of service. **If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint.** There is also served upon you herewith a copy of the complaint of the plaintiff(s) which you may, but are not required to answer. A signed copy of your response MUST be filed with the court.

DATE: 7/7/22

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF THE COURT)

NOTE: A separate summons must be prepared for each Third-Party defendant.

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

ROGER BASKIN
_____,
*Plaintiff(s)*,

v.

PIERCE & ALLRED CONSTRUCTION, INC.
_____,
*Defendant(s)*,

v.

RANDY AKINS, DWIGHT MEARS d/b/a DWIGHT MEARS ROOFING, and MAINTENANCE PLUS HEATING & AIR CONDITION, INC.
_____,
*Third-Party Defendant(s)*.

**Third-Party Summons**
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)

Civil Action Number: 3:21-cv-00215-MHH

**TO:** *(Third-Party Defendant's name and address)*

Dwight Mears d/b/a Dwight Mears Roofing 3865 County Road 200, Florence, Alabama 35633

You are hereby summoned and required to serve upon plaintiff's attorney(s):

EUGENE N. BULSO, JR., BULSO, PLC, 155 FRANKLIN ROAD, SUITE 400, BRENTWOOD, TENNESSEE 37027

and upon defendant(s) and third-party plaintiff's attorney(s):

MATTHEW T. DUKES, WILMER & LEE, P.A., 100 WASHINGTON STREET, SUITE 100, HUNTSVILLE, ALABAMA 35801

a response to the third-party complaint which is herewith served upon you, within __21__ days after service of this third-party summons upon you, exclusive of the day of service. **If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint.** There is also served upon you herewith a copy of the complaint of the plaintiff(s) which you may, but are not required to answer. A signed copy of your response MUST be filed with the court.

DATE: 7/7/22

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF THE COURT)

**NOTE:** A separate summons must be prepared for each Third-Party defendant.

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ROGER BASKIN, <br> *Plaintiff(s),* <br><br> v. <br><br> PIERCE & ALLRED CONSTRUCTION, INC., <br> *Defendant(s),* <br><br> v. RANDY AKINS, DWIGHT MEARS d/b/a DWIGHT MEARS ROOFING, and MAINTENANCE PLUS HEATING & AIR CONDITION, INC., <br> *Third-Party Defendant(s).* | **Third-Party Summons** <br> (Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.) <br><br><br> Civil Action Number: 3:21-cv-00215-MHH |

**TO:** *(Third-Party Defendant's name and address)*

MAINTENANCE PLUS HEATING & AIR CONDITIONING, INC.
201 EUGENIA STREET, FLORENCE, ALABAMA  35630

You are hereby summoned and required to serve upon plaintiff's attorney(s):

EUGENE N. BULSO, JR., BULSO, PLC, 155 FRANKLIN ROAD, SUITE 400, BRENTWOOD, TENNESSEE  37027

and upon defendant(s) and third-party plaintiff's attorney(s):

MATTHEW T. DUKES, WILMER & LEE, P.A., 100 WASHINGTON STREET, SUITE 100, HUNTSVILLE, ALABAMA 35801

a response to the third-party complaint which is herewith served upon you, within __21__ days after service of this third-party summons upon you, exclusive of the day of service. **If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint.** There is also served upon you herewith a copy of the complaint of the plaintiff(s) which you may, but are not required to answer. A signed copy of your response MUST be filed with the court.

DATE: 7/7/22

SHARON N. HARRIS, CLERK

By: _____

Deputy Clerk

<u>SEE REVERSE SIDE FOR RETURN</u>

(SEAL OF THE COURT)

**NOTE:** A separate summons must be prepared for each Third-Party defendant.

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203