# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

ROGER BASKIN,

    *Plaintiff(s),*

v.

PIERCE & ALLRED CONSTRUCTION, INC.,

    *Defendant(s),*

v. RANDY AKINS, DWIGHT MEARS d/b/a DWIGHT MEARS ROOFING, and MAINTENANCE PLUS HEATING & AIR CONDITION, INC.,

    *Third-Party Defendant(s).*

**Third-Party Summons**
(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other applicable law.)

Civil Action Number: 3:21-cv-00215-MHH

TO: *(Third-Party Defendant's name and address)*

MAINTENANCE PLUS HEATING & AIR CONDITIONING, INC.
201 EUGENIA STREET, FLORENCE, ALABAMA 35630

You are hereby summoned and required to serve upon plaintiff's attorney(s):

EUGENE N. BULSO, JR., BULSO, PLC, 155 FRANKLIN ROAD, SUITE 400, BRENTWOOD, TENNESSEE 37027

and upon defendant(s) and third-party plaintiff's attorney(s):

MATTHEW T. DUKES, WILMER & LEE, P.A., 100 WASHINGTON STREET, SUITE 100, HUNTSVILLE, ALABAMA 35801

a response to the third-party complaint which is herewith served upon you, within __21__ days after service of this third-party summons upon you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the [...]
copy of your response M[...]

DATE: 7/7/22

SEE REVERSE SIDE F[OR...]

NOTE: A separate su[mmons must] be prepared f[or each] Third-Party d[efendant.]

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maintenance Plus Heating & Air Conditioning, Inc.
201 Eugenia Street
Florence, AL 35630

9590 9402 7337 2028 5321 41

2. Article Number (Transfer from service label)
7021 0950 0001 8032 0149

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  NEG C-19   ☐ Agent  ☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 7/19/22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

A/o Pierce

Domestic Return Receipt