# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

ROGER BASKIN

*Plaintiff(s),*

v.

PIERCE & ALLRED CONSTRUCTION, INC.

*Defendant(s),*

v. RANDY AKINS, DWIGHT MEARS d/b/a DWIGHT MEARS ROOFING, and MAINTENANCE PLUS HEATING & AIR CONDITION, INC.

*Third-Party Defendant(s).*

}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}

**Third-Party Summons**
**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**

Civil Action Number:  3:21-cv-00215-MHH

TO:     *(Third-Party Defendant's name and address)*

RANDY AKINS, 70 COUNTY ROAY 203, FLORENCE, ALABAMA 35633

You are hereby summoned and required to serve upon plaintiff's attorney(s):

EUGENE N. BULSO, JR., BULSO, PLC, 155 FRANKLIN ROAD, SUITE 400, BRENTWOOD, TENNESSEE  37027

and upon defendant(s) and third-party plaintiff's attorney(s):

MATTHEW T. DUKES, WILMER & LEE, P.A., 100 WASHINGTON STREET, SUITE 100, HUNTSVILLE, ALABAMA 35801

a response to the third-party complaint which is herewith served upon you, within ___21___ days after service of this third-party summons upon you, exclusive of the day of service. **If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint.** There is also served upon you herewith a copy of the complaint of the plaintiff(s) which you may, but are not required to answer. A signed copy of your response M̶U̶S̶T̶ ̶b̶e̶ ̶f̶i̶l̶e̶d̶ ̶w̶i̶t̶h̶ ̶t̶h̶e̶ ̶c̶o̶u̶r̶t̶.

DATE: 7/7/2_

SEE REVERSE SIDE F̶

NOTE:    A separate su̶
be prepared
Third-Party (

SENDER: *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Randy Akins
70 County Road 203
Florence, AL 35633

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7337 2028 5321 58

2. Article Number *(Transfer from service label)*
7021 0950 0001 8032 0132

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X *Randy Akins*       □ Agent
                      □ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery
*RANDY AKINS*          7/16

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☒ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ _ _ _ ed Mail
□ _ _ ed Mail Restricted Delivery
   _ _ $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
☒ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt