# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF ALABAMA

ROGER BASKIN

*Plaintiff(s),*

v.

PIERCE & ALLRED CONSTRUCTION, INC.

*Defendant(s),*

v. RANDY AKINS, DWIGHT MEARS d/b/a DWIGHT MEARS ROOFING, and MAINTENANCE PLUS HEATING & AIR CONDITION, INC.

*Third-Party Defendant(s).*

}
}
}
}
}
}
}
}
}
}
}
}
}

**Third-Party Summons**
**(Issued pursuant to Rule 4 of the Federal Rules of Civil Procedure or other appropriate law.)**

Civil Action Number: 3:21-cv-00215-MHH

**TO:** *(Third-Party Defendant's name and address)*

Dwight Mears d/b/a Dwight Mears Roofing 3865 County Road 200, Florence, Alabama 35633

You are hereby summoned and required to serve upon plaintiff's attorney(s):

EUGENE N. BULSO, JR., BULSO, PLC, 155 FRANKLIN ROAD, SUITE 400, BRENTWOOD, TENNESSEE 37027

and upon defendant(s) and third-party plaintiff's attorney(s):

MATTHEW T. DUKES, WILMER & LEE, P.A., 100 WASHINGTON STREET, SUITE 100, HUNTSVILLE, ALABAMA 35801

a response to the third-party complaint which is herewith served upon you, within ___21___ days after service of this third-party summons upon you, exclusive of the day of service. **If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint.** There is also served upon you herewith a copy of the complaint of the plaintiff(s) which you may, but are not required to answer. A signed copy of your response MU~~ST~~

DATE: 7/7/22

SEE REVERSE SIDE FO~~R~~

**NOTE:** A separate sum~~mons~~
be prepared for ~~each~~
Third-Party def~~endant~~

PS Form 3811, July 2020 PSN 7530-02-000-9053

AO Pierce

Domestic Return Receipt