# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ROGER BASKIN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 3:21-cv-00215-MHH** |
| ) | |
| **PIERCE & ALLRED** ) | |
| **CONSTRUCTION, INC.,** ) | |
| ) | |
|     **Defendant/Third-Party Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **RANDY AKINS, DWIGHT MEARS** ) | |
| **d/b/a DWIGHT MEARS ROOFING,** ) | |
| **AND MAINTENANCE PLUS HEATING** ) | |
| **& AIR CONDITION, INC.,** ) | |
| ) | |
|     **Third-Party Defendants.** ) | |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Larry S. Logsdon of the law firm Wallace, Jordan, Ratliff & Brandt, L.L.C., and notifies the Court and all parties hereto of his appearance as counsel in the above-referenced matter on behalf of Third-Party Defendant Maintenance Plus Heating & Air Condition, Inc.

1

Respectfully submitted this 16th day of December, 2022.

    */s/ Larry S. Logsdon*
Larry S. Logsdon
llogsdon@wallacejordan.com
J. Britton Funderburk
bfunderburk@wallacejordan.com
Attorneys for Third-Party Defendant
Maintenance Heating & Air Conditioning, Inc.

**OF COUNSEL:**
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
Post Office Box 530910
Birmingham, AL 35253
Voice:    (205) 870-0555
Fax:    (205) 871-7534

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF e-filing system, which will send notification of this filing to all counsel of record.

Robert V. Wood, Esq.
Matthew T. Dukes, Esq.
Wilmer & lee, P.A.
100 Washington Street, Ste. 200
Post Office Box 2168
Huntsville, Alabama 35804
bwood@wilmerlee.com
mdukes@wilmerlee.com

Eugene N. Bulso, Esq.
Bulso, PLC
155 Franklin Rd., Ste. 400
Brentwood, Tennessee 37207

    */s/ Larry S. Logsdon*
    OF COUNSEL